EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

WES R. PORTER #7698
Assistant U.S. Attorney

MICHAEL J. FREYERMUTH
Special Assistant U.S. Attorney
15 AW/JAL
120 Sixth Street
Hickam AFB, Hawaii 96853-5336
Telephone No. 449-1737, Ext 232
Facsimile No.  448-0999
Email:  michael.freyermuth@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>RYAN N. HOLLOWAY, )<br>)<br>Defendant. )<br>) | CR. NO.: 05-00081<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses, without prejudice, the information against Defendant RYAN N.

1

HOLLOWAY, due to his receiving nonjudicial punishment from his United States Air Force Commander.

DATED: Honolulu, Hawaii, _March 2_____, 2005.

_____
MICHAEL J. FREYERMUTH
Special Assistant. U.S. Attorney
District of Hawaii

APPROVED AND SO ORDERED:

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. RYAN N. HOLLOWAY
CR. NO.: 05-00081
Order For Dismissal